IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HAKIM NASEER,

                 Plaintiff,                            ORDER

   v.

                                                        10-cv-139-bbc

SGT. HILL, SGT. WALLACE,
C/O M. MCCULLICK, C/O J.D. FISHER,
SARA MASON, NURSE M. HARTMANN,
NURSE A. CAMPBELL,

                 Defendants.

---

      Plaintiff is proceeding in this case on his Eighth Amendment claims that (1) defendant McCullick used excessive force against him; (2) defendant Fisher failed to intervene when McCullick injured plaintiff; (3) defendant Mason failed to protect plaintiff from future assault; and (4) defendants Hill, Wallace, Hartmann and Campbell failed to provide adequate medical treatment to plaintiff after his injury. On June 1, 2010, defendants filed a motion for summary judgment for plaintiff's failure to exhaust available administrative remedies with respect to his claims. Dkt. 26. Because the court has not yet held a preliminary pretrial conference, plaintiff has not received a copy of this court's procedures for filing or opposing motions like these. For this reason, I will delay the briefing of defendants' motion until after I have held a pretrial conference in this case.

      Accordingly, IT IS ORDERED that defendants' motion for summary judgment, dkt. 26, is STAYED. A pretrial conference will be held by telephone on June 30, 2010 at 9:30 a.m. Defendants' counsel is responsible for setting up the call the chambers.

      Entered this 2nd day of June, 2010.

                                                BY THE COURT:

                                                /s/

                                                STEPHEN L. CROCKER
                                                Magistrate Judge