IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HAKIM NASEER,

          Plaintiff,

v.

M. McCULLICK and J.D. FISHER,

          Defendants.

ORDER

10-cv-139-bbc

---

      Plaintiff Hakim Naseer is proceeding on claims that defendant M. McCullick used excessive force against him and that defendant J.D. Fisher failed to intervene. Now before the Court is plaintiff's motion to compel defendant to provide answers to his first set of interrogatories. In response, defendant's counsel concedes that he responded to the interrogatories when he should have submitted signed responses by his clients. The defendants to whom the interrogatories were addressed must respond to plaintiff's first set of interrogatories under Fed. R. Civ. P. Rule 33(b) no later than November 8, 2010.

ORDER

      IT IS ORDERED that plaintiff Hakim Naseer's motion to compel responses to his first set of interrogatories, dkt. 55, is GRANTED. Defendants are to submit answers to plaintiff's first interrogatories not later than November 8, 2010.

      Entered this 29th day of October, 2010.

                                BY THE COURT:

                                /s/

                                STEPHEN L. CROCKER
                                Magistrate Judge