IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAKIM NASEER,

    Plaintiff,

v.

SGT. HILL, SGT. WALLACE,
MARY MCCULLICK, JANET FISCHER,
SARA MASON, NURSE M. HARTMANN
and NURSE A. CAMPBELL,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-139-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff's motion for preliminary injunction, granting defendants' motions for summary judgment and dismissing this case.

_Peter Oppeneer_   5-26-2011
Peter Oppeneer, Clerk of Court   Date